IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| PATSY A. BRYANT, | ) |
| | ) Case No. 4:07CV00036 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| YORKTOWNE CABINETRY, INC., | ) |
| | ) By: Jackson L. Kiser |
| Defendant. | ) Senior United States District Judge |
| | ) |

Before me is Defendant's *Motion for Summary Judgment* as well as a motion by the Plaintiff's counsel to withdraw from representation. For the reasons stated in the accompanying *Memorandum Opinion*, I **GRANT** Defendant's *Motion for Summary Judgment*. I also hereby deny Plaintiff's *Motion to Withdraw* as moot at this time. Judgment is entered for the Defendant, and the Clerk is directed to strike this case from the active docket of this Court.

The Clerk is directed to send a certified copy of this *Order* and the attached *Memorandum Opinion* to all counsel of record.

ENTERED this 21st day of April, 2008.

s/Jackson L. Kiser
Senior United States District Judge